In re Estate of John I. Nelson, Incompetent. Augustus L. Williams and John D. Vosnos, Appellees. Appeal of Sarita E. Nelson, Conservatrix of Estate of John I. Nelson, Incompetent, Appellant.

Gen. No. 43,669.

opinion filed June 28, 1946; released for publication July 13, 1946. Macon H. Huggins and Harris B. Gaines, for appellant; John D. Vosnos and Augustus L. Williams, *pro se*. Opinion by JUSTICE SCANLAN. **Not to be published in full.**